PER CURIAM.
Affirmed. See and compare Dober v. Worrell, 401 So.2d 1322 (Fla.1981); McGregor v. Provident Trust Co. of Philadelphia, 119 Fla. 718, 162 So. 323 (1935); Skriner v. Dyer, 462 So.2d 1122 (Fla. 4th DCA 1984); Red Carpet Corp. of Panama City Beach v. Roberts, 443 So.2d 377 (Fla. 1st DCA 1983), rev. denied, 488 So.2d 68 (Fla.1986); Wise v. Tucker, 399 So.2d 500 (Fla. 4th DCA 1981); Butler v. Richard Bertram & Co., 281 So.2d 227 (Fla. 3d DCA 1973); Merritt v. First National Bank of Miami, 251 So.2d 329 (Fla. 3d DCA 1971).